AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 1:25-cv-2555

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Drivetime Automotive Group, Inc</u> was received by me on *(date)* <u>12-10-2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Lynanne Gares</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Drivetime Automotive Group, Inc</u> on *(date)* <u>Wed, Dec 10 2025</u> ; or

☐ I returned the subpoena unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12-15-2025

_____
*Server's signature*

Stephen Kempski
_____
*Printed name and title*

364 E. Main Street Suite 309, Middletown , DE 19709
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 10, 2025, 11:25 am EST at Company: 251 Little Falls Drive, Wilmington, DE 19808 received by Lynanne Gares. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown; Relationship: Litigation Specialist Service Leader;

# AFFIDAVIT OF SERVICE

| Case: 1:25-cv-2555 | Court: UNITED STATES DISTRICT FOR THE NORTHERN DISTRICT OF OHIO | County: | Job: 14790694 |
|---|---|---|---|
| Plaintiff / Petitioner: Peter Wilson | | Defendant / Respondent: Drivetime Automotive Group, Inc | |
| Received by: Delaware Detective Group, LLC | | For: Perrong Law, Esq | |
| To be served upon: Drivetime Automotive Group, Inc | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Lynanne Gares, Company: 251 Little Falls Drive, Wilmington, DE 19808
**Manner of Service:** Registered Agent, Dec 10, 2025, 11:25 am EST
**Documents:** Summons in a Civil Action, Civil Cover Sheet, Complaint, Jury Trial Demanded

**Additional Comments:**
1) Successful Attempt: Dec 10, 2025, 11:25 am EST at Company: 251 Little Falls Drive, Wilmington, DE 19808 received by Lynanne Gares. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown; Relationship: Litigation Specialist Service Leader;

_____  12/15/25
Stephen Kempski         Date

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678