# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PETER WILSON, ) | Case No. 1:25-CV-02555 |
| ) | |
| Plaintiff, ) | JUDGE DAVID A. RUIZ |
| ) | |
| v. ) | |
| ) | |
| DRIVETIME AUTOMOTIVE GROUP, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT
## DRIVETIME AUTOMOTIVE GROUP, INC.

Richik Sarkar with the law firm of Dinsmore & Shohl, LLP, hereby enters his appearance as counsel on behalf of Defendant DRIVETIME AUTOMOTIVE GROUP, INC..

Respectfully submitted,

*/s/ Richik Sarkar*
Richik Sarkar (0069993)
DINSMORE & SHOHL LLP
1001 Lakeside Avenue, Suite 990
Cleveland, OH 44114
Tel:  (216) 413-3861
Fax:  (216) 413-3839
Email:  richik.sarkar@dinsmore.com
*Counsel for Defendant, Drivetime Automotive Group, Inc.*

2

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing motion was electronically filed on December 24, 2025 through the Court's ECF System and was served on all ECF participants registered in this case at the email address registered with the court

              */s/ Richik Sarkar*
              Richik Sarkar (0069993)