IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PETER WILSON, | ) Case No. 1:25-CV-02555 |
| | ) |
| Plaintiff, | ) JUDGE DAVID A. RUIZ |
| | ) |
| v. | ) |
| | ) DRIVETIME AUTOMOTIVE GROUP, INC.'S |
| DRIVETIME AUTOMOTIVE GROUP, INC., | ) UNOPPOSED MOTION FOR AN |
| | )  EXTENSION UNTIL FEBRUARY 2, 2026, |
| | ) TO ANSWER OR OTHERWISE RESPOND |
| Defendant. | ) TO PLAINTIFF'S COMPLAINT |

Defendant Drivetime Automotive Group, Inc. ("Drivetime"), without waiving any defenses, claims, or arguments of any type (including those related to service or jurisdiction), respectfully requests that the Court grant Drivetime a first extension of thirty days in which to Answer or otherwise respond to Plaintiff's Complaint.

Drivetime's Answer is currently due January 2, 2026, and this extension would provide Drivetime up to and including until February 2nd, 2026, to respond to the Plaintiff's Complaint. As grounds for this extension, Drivetime states that undersigned counsel has just been retained and Drivetime requests this extension to investigate this matter and consider the possibility of resolving the matter without additional litigation. Counsel for the Plaintiff has no objection to this extension. For the foregoing reasons, Drivetime respectfully requests this 30-day extension.

    Respectfully Submitted,

    */s/ Richik Sarkar*
    Richik Sarkar (0069993)
    DINSMORE & SHOHL, LLP
    1001 Lakeside Avenue, Suite 990
    Cleveland, Ohio 44114
    Tel:   (216) 413-3838
    Fax:   (216) 413-3839
    Email:  richik.sarkar@dinsmore.com
    *Counsel for Defendant, Drivetime Automotive Group, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 24, 2025, a copy of the foregoing was electronically filed with the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's filing system.

                                        */s/ Richik Sarkar*
                                        Richik Sarkar (0069993)
                                        *Counsel for Defendant, Drivetime Automotive Group, Inc.*