IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PETER WILSON, | ) | Case No. 1:25-CV-02555 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| DRIVETIME AUTOMOTIVE GROUP, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DRIVETIME AUTOMOTIVE GROUP, INC.,'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter is before the Court on the Unopposed Motion for Extension of Time filed by Defendant Drivetime Automotive Group, Inc. for an Order granting the Defendant in this matter an extension of thirty (30) days, up to and including February 2, 2026, to respond to Plaintiff's Complaint. For good cause shown, the motion is granted. Defendant Drivetime Automotive Group, Inc. shall have until February 2, 2026, to respond to Plaintiff's Complaint.

**IT IS SO ORDERED**.

_____
JUDGE DAVID A. RUIZ

Respectfully Submitted,

*/s/ Richik Sarkiar*
Richik Sarkar (0069993)
DINSMORE & SHOHL, LLP
1001 Lakeside Avenue, Suite 990
Cleveland, Ohio 44114
Tel:  (216) 413-3838
Fax:  (216) 413-3839
Email:  richik.sarkar@dinsmore.com

*Counsel for Defendant, Drivetime Automotive Group, Inc.*

1