IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PETER WILSON, | ) | Case No. 1:25-CV-02555 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| DRIVETIME AUTOMOTIVE GROUP, INC., | ) | Corporate Disclosure Statement In a Civil Case |
| | ) | |
| Defendant. | ) | |

This Corporate Disclosure Statement is filed on behalf of Defendant DriveTime Automotive Group, Inc. in compliance with the provisions of:

__X__ Rule 7.1, Fed.R.Civ.P., a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1), Fed.R.Crim.P., any nongovernmental party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Fed.R.Crim.P., if any organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

__X__ No such corporation.

Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identify of corporation and the nature of the financial interest.

____ Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 24th day of December, 2025.

Respectfully Submitted,

*/s/ Richik Sarkar*
Richik Sarkar (0069993)
DINSMORE & SHOHL, LLP
1001 Lakeside Avenue, Suite 990
Cleveland, Ohio 44114
Tel:  (216) 413-3838
Fax:  (216) 413-3839
Email:  richik.sarkar@dinsmore.com
*Counsel for Defendant, DriveTime Automotive Group, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 24, 2025, a copy of the foregoing was electronically filed with the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's filing system.

                                         */s/ Richik Sarkar*
                                         Richik Sarkar (0069993)
                                         *Counsel for Defendant, DriveTime Automotive Group, Inc.*