# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PETER WILSON, | ) Case No. 1:25-CV-02555 |
| Plaintiff, | ) JUDGE DAVID A. RUIZ |
| v. | ) |
| DRIVETIME AUTOMOTIVE GROUP, INC., | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT
## DRIVETIME AUTOMOTIVE GROUP, INC.

Brendan Mohan with the law firm of Dinsmore & Shohl, LLP, hereby enters his appearance as counsel on behalf of Defendant DRIVETIME AUTOMOTIVE GROUP, INC.

Respectfully submitted,

*/s/ Brendan Mohan*
Brendan Mohan (0104958)
DINSMORE & SHOHL LLP
1001 Lakeside Avenue, Suite 990
Cleveland, OH 44114
Tel:  (216) 413-3838
Fax:  (216) 413-3839
Email:  Brendan.mohan@dinsmore.com
*Counsel for Defendant, Drivetime Automotive Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion was electronically filed on January 27, 2026 through the Court's ECF System and was served on all ECF participants registered in this case at the email address registered with the court

                                              */s/* Brendan Mohan
                                              Brendan Mohan (0104958)