IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PETER WILSON, | ) Case No. 1:25-CV-02555 |
| | ) |
| Plaintiff, | ) JUDGE DAVID A. RUIZ |
| | ) |
| v. | ) |
| | ) DRIVETIME AUTOMOTIVE GROUP, INC.'S |
| DRIVETIME AUTOMOTIVE GROUP, INC., | ) UNOPPOSED MOTION FOR AN |
| | ) EXTENSION UNTIL FEBRUARY 16, 2026, |
| | ) TO ANSWER OR OTHERWISE RESPOND |
| Defendant. | ) TO PLAINTIFF'S COMPLAINT |

Defendant Drivetime Automotive Group, Inc. ("Drivetime"), without waiving any defenses, claims, or arguments of any type (including those related to service or jurisdiction), respectfully requests that the Court grant Drivetime a first extension of fourteen days in which to Answer or otherwise respond to Plaintiff's Complaint.

Drivetime's Answer is currently due February 2, 2026, and this extension would provide Drivetime up to and including until February 16th, 2026, to respond to the Plaintiff's Complaint. As grounds for this extension, Drivetime requests this extension in light of ongoing settlement negotiations between the two parties, with the possibility of resolving the matter without additional litigation. Counsel for the Plaintiff has no objection to this extension. For the foregoing reasons, Drivetime respectfully requests this 14-day extension.

Respectfully Submitted,

/s/ Brendan Mohan
Richik Sarkar (0069993)
Brendan Mohan (0104958)
DINSMORE & SHOHL, LLP
1001 Lakeside Avenue, Suite 990
Cleveland, Ohio 44114
Tel:  (216) 413-3838
Fax:  (216) 413-3839
Email:  richik.sarkar@dinsmore.com

1

Brendan.mohan@dinsmore.com

*Counsel for Defendant, Drivetime Automotive Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 27, 2026, a copy of the foregoing was electronically filed with the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's filing system.

/s/ Brendan Mohan
Richik Sarkar (0069993)
Brendan Mohan (0104958)
*Counsel for Defendant, Drivetime Automotive Group, Inc.*