# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PETER WILSON, on behalf of themselves and all others similarly situated, | CIVIL CASE NO.: 1:25-cv-02555 |
| Plaintiff, | JUDGE: DAVID A. RUIZ |
| v. | |
| DRIVETIME AUTOMOTIVE GROUP, INC. | NOTICE OF SETTLEMENT |
| Defendant. | |

Defendant DriveTime Automotive Group, Inc., notifies the Court that the Parties have a settlement in principle and intend to negotiate and finalize a complete settlement over the next 45 days. Once the Agreement is fully executed, and certain conditions have been fulfilled as required under the Agreement, the parties will submit to this Court a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties jointly respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Respectfully submitted February 27, 2026,

*/s/ Brendan Mohan*
Richik Sarkar (P84123)
Brendan Mohan (0104958)
DINSMORE & SHOHL, LLP
1001 Lakeside Avenue, Suite 990
Cleveland, Ohio 44114
Tel:  (216) 413-3838
Fax:  (216) 413-3839
Email:  richik.sarkar@dinsmore.com
Brendan.mohan@dinsmore.com

*Counsel for Defendant, Drivetime*

*Automotive Group, Inc.*