**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

PETER WILSON, on behalf of himself and
others similarly situated,

   Plaintiff,

v.

DRIVETIME AUTOMOTIVE GROUP, INC.

   Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
        /

CIVIL ACTION FILE NO. 25-cv-2555

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41.

RESPECTFULLY SUBMITTED AND DATED this March 21, 2026.

By: */s/ Anthony Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com