**IT IS SO ORDERED.**
s/*David A. Ruiz*
U.S. District Judge
3/23/2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 25-cv-2555 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DRIVETIME AUTOMOTIVE GROUP, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ / | | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ.

P. 41.


RESPECTFULLY SUBMITTED AND DATED this March 21, 2026.

By: */s/ Anthony Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com